Breanne M. Vandermeer, Esq. (SBN#:260217)
Mueller Law
404 West 7th Street
Austin, Texas
Telephone: (512) 478-1236
Fax: (512) 478-1473
*breanne@muellerlaw.com*

Attorneys for Plaintiff.

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA CASANAVE,<br><br>    Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., DAVOL, INC.; and W. L. GORE ASSOCIATES, INC.,<br><br>    Defendant. | CASE NO. 3:11-cv-05308-RS<br><br>**[~~PROPOSED~~] ORDER ON PLAINTIFF'S CONSENT MOTION TO FILE SECOND AMENDED COMPLAINT** |

After considering the Plaintiff's Consent Motion to File Second Amended Complaint the Court

   GRANTS the stipulation and allows Plaintiffs until April 13, 2012 to file the amended pleading.

SIGNED on __April 2_____, 2012.

_____
HON. RICHARD SEEBORG

APPROVED AND ENTRY REQUESTED:
Mark R. Mueller
Mueller Law
404 West 7th Street
Austin, TX 78701
(512) 478-1236
(512) 478-1473 (facsimile)

[~~PROPOSED~~] ORDER ON PLAINTIFF'S CONSENT MOTION TO FILE
SECOND AMENDED COMPLAINT

1

Attorneys for Plaintiffs

2

Lori G. Cohen
Victoria D. Lockard

3

lockardv@gtlaw.com
GREENBERG TRAURIG, LLP

4

The Forum

5

3290 Northside Parkway, Suite 400
Atlanta, GA 30327

6

Telephone: (678) 553-2100
Facsimile:  (678) 553-2212

7

Attorneys for Defendant W. L. Gore & Associates, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

28

[PROPOSED] ORDER ON PLAINTIFF'S CONSENT MOTION TO FILE
SECOND AMENDED COMPLAINT