IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA CASANAVE, | No. C 11-05308 RS |
| Plaintiff, | **CASE MANAGEMENT** |
| v. | **SCHEDULING ORDER** |
| C.R. BARD, INC., et al., | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on May 24, 2012.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION.  This matter is referred to mediation to be completed within 120 days of the issuance of this order.  The parties shall promptly notify the Court whether the case is resolved at the conference.

2. DISCOVERY.

On or before December 3, 2012, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows:  (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of  requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3.      EXPERT WITNESSES.  The disclosure and discovery of expert witness opinions shall proceed as follows:

**United States District Court**
For the Northern District of California

1    A.  On or before September 5, 2012, plaintiff shall disclose expert testimony and reports in

2  accordance with Federal Rule of Civil Procedure 26(a)(2).

3    B.  On or before December 5, 2012, defendant shall disclose expert testimony and reports in

4  accordance with Federal Rule of Civil Procedure 26(a)(2).

5    C.  On or before February 3, 2013, all discovery of expert witnesses pursuant to Federal Rule

6  of Civil Procedure 26(b)(4) shall be completed.

7    5.    PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to

8  Civil Local Rule 7.  All pretrial motions shall be heard no later than February 28, 2013.

9    6.    PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and

10  confer to discuss preparation of a joint pretrial statement, and on or before July 18, 2013 counsel

11  shall file a Joint Pretrial Statement.

12    7.    PRETRIAL CONFERENCE.  The final pretrial conference will be held on **August 1,**

13  **2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate

14  Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend

15  personally.

16    8.    TRIAL DATE.  Trial shall commence on **August 12, 2013 at 9:00 a.m.**, in

17  Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

18  California.

19

20

21    IT IS SO ORDERED.

22

23    DATED:  5/25/12

24    _____
     RICHARD SEEBORG
25    United States District Judge

26

27    CASE MANAGEMENT SCHEDULING ORDER

28

2