1  Breanne M. Vandermeer, Esq. (SBN#:260217)
   Mueller Law
2  404 West 7th Street
3  Austin, Texas
   Telephone: (512) 478-1236
4  Fax: (512) 478-1473
   *breanne@muellerlaw.com*
5
6  Attorneys for Plaintiff.

7               **IN THE UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
8

| ANGELA CASANAVE, | CASE NO. 3:11-cv-05308-RS |
|---|---|
| Plaintiff, | |
| v. | ~~[PROPOSED]~~ **AMENDED CASE MANAGEMENT ORDER** |
| C.R. BARD, INC., DAVOL, INC.; and W. L. GORE ASSOCIATES, INC., | |
| Defendant. | |

16  1.  The last day to amend pleadings and add parties shall be April 3, 2012.

17  2.  Discovery shall be completed by February 1, 2013.

18  3.  Plaintiff's expert witnesses shall be disclosed, along with written reports in accordance with
19      Rule 26(a)(2), by November 2, 2012.

20  4.  Parties shall complete Mediation by November 15, 2012.

21  5.  Defendant's expert witnesses shall be disclosed, along with written reports in accordance
22      with Rule 26(a)(2), by February 5, 2013.

23  6.  On or before April 5, 2013, all discovery of expert witnesses pursuant to Federal Rule of
24      Civil Procedure 26(b)(4) shall be completed.

25  7.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial
        motions shall be heard no later than April 26, 2013.
26                                              heard
    8.  Summary Judgment Motions must be ~~filed and served~~ no later than June 13, 2013.
27
28  9.  At a time convenient to both, counsel shall meet and confer to discuss preparation of a
        joint pretrial statement, and on or before July 18, 2013 counsel shall file a Joint Pretrial
        Statement.

PLAINTIFF'S UNOPPOSED MOTION TO                                                        PAGE 1
AMEND SCHEDULING ORDER

10. The final pretrial conference will be held on **August 1, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

11. Trial shall commence on **August 12, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

Dated: 9/7/12

_____
Honorable Richard Seeborg
United States District Court Judge,
Northern District of California